# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANESH GUPTA,**

**Plaintiff,**

**-vs-**                                                                          **Case No.  6:05-cv-1432-Orl-22UAM**

**WALT DISNEY WORLD COMPANY,**

**Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Review of Cost (Doc. No. 161)

filed on April 19, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion

be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, including the objections

filed by the Plaintiff (Doc. No. 170), and the Defendant's response (Doc. No. 172), the Court

agrees entirely with the findings of fact and conclusions of law in the Report and

Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 11, 2007 (Doc. No. 168) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Review of Cost (Doc. No. 161) is granted in part and denied in

part.

3.      Plaintiff's request that the judgment and/or order awarding costs be stayed pending appeal is DENIED.

4.      The Court disallows $535.85 for the stenographic transcription of Patricia Wright's deposition and $486.08 in copying costs.  The Clerk is directed to enter an Amended Bill of Costs it the amount of **$6,395.84**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 5, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Anesh Gupta, *pro se*

ANNE C. CONWAY
United States District Judge